1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
6  Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 1/26/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| MEDELYN BUENO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 5:15-CV-04263-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SYNCHRONY BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Medelyn Bueno, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Synchrony Bank, as to all claims in this action.

　　　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

　　　　41(a) Voluntary Dismissal

　　　　(1) By the Plaintiff

　　　　　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any
　　　　　　applicable federal statute, the plaintiff may dismiss an action without a court
　　　　　　order by filing:

　　　　　　　　(1) a notice of dismissal before the opposing party serves either an answer

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SYNCHRONY BANK

1 or a motion for summary judgment.

2    Defendant Synchrony Bank, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it, with prejudice, for all purposes and without an Order of the Court.

Dated: January 22, 2016                                    Sagaria Law, P.C.

                                                By:    */s/ Elliot W. Gale*
                                                            Elliot W. Gale
                                                Attorneys for Plaintiff
                                                Medelyn Bueno