UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MEDELYN BUENO,

    Plaintiff,

v.

SANTA CLARA COUNTY FEDERAL CREDIT UNION,

    Defendant.

Case No. 5:15-cv-04263-EJD

**ORDER RE: ALTERNATIVE DISPUTE RESOLUTION**

In light of the dismissal of all other defendants, Plaintiff and Defendant Santa Clara County Federal Credit Union shall, within ten days of the date this order is filed, meet and confer in an effort to reach an agreement on some form of alternative dispute resolution, and within that same timeframe file either a stipulation embodying their agreement or the form entitled "Notice of Need for ADR Phone Conference."

**IT IS SO ORDERED.**

Dated: May 12, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04263-EJD
ORDER RE: ALTERNATIVE DISPUTE RESOLUTION

1